JESSIE WISER, Respondent, v. VAN DYKE TRANSFER COMPANY, INCORPORATED,

Appellant.— Appeal dismissed unless appellant shall be ready for argument during the week of May seventeenth. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.